**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ROBERT LEE JOHNSON JR.**                                    **PLAINTIFF**
**ADC #100626**

**v.**                         **No: 1:19-cv-00038 BSM-PSH**

**ASA HUTCHINSON,** *et al.*                                  **DEFENDANTS**

## <u>ORDER</u>

Having reviewed Robert Lee Johnson Jr.'s amended complaint (Doc. No. 9) for screening purposes,[1] it appears that service is appropriate as to Johnson's Eighth Amendment deliberate indifference claims against defendants Nurse Practitioner Aric Simmons, Director of Nurses S. Armstrong, Warden Toni Bradley, and Health Services Administrator Billy Cowell. The Clerk of the Court shall prepare summonses for the defendants, and the United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 9) and summons on each defendant without prepayment of fees and costs or security therefor. Defendant Bradley should be served through the ADC Compliance Division. Defendants Simmons, Armstrong, and Cowell should be served through Humphries, Odum & Eubanks, 1901 S. Broadway, Little Rock, Arkansas 72206.[2]

IT IS SO ORDERED this 13th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act (PLRA) requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

[2] If a defendant is no longer an employee of the State or Correct Care Solutions, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.