# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROBERT LEE JOHNSON JR.**  **PLAINTIFF**
**ADC #100626**

v.  CASE NO. 1:19-CV-00038 BSM

**ASA HUTCHINSON, et al.**  **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Robert Johnson's objections, the partial recommended disposition [Doc. No. 10] is adopted. Johnson's claims based on his participation in the Therapeutic Community Program are dismissed without prejudice. Hutchinson, Kelley, Felts, and Griffin are dismissed as defendants in this case.

IT IS SO ORDERED this 10th day of October 2019.

_____
UNITED STATES DISTRICT JUDGE