# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

**ROBERT LEE JOHNSON, JR.**                                                                                  **PLAINTIFF**
**ADC #100626**

**v.**                   **CASE NO. 1:19-CV-00038-BSM-PSH**

**TONI BRADLEY,** *et al.*                                                                   **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Patricia Harris's partial recommended disposition [Doc. No. 44] is adopted. Toni Bradley's motion for summary judgment [Doc. No. 15] is granted, and the motion for partial summary judgment of Aric Simmons, Sheila Armstrong, and Billy Cowell [Doc. No. 30] is granted in part and denied in part. Bradley, Armstrong, and Cowell are dismissed without prejudice. Robert Johnson, Jr. may proceed with his claim that Simmons did not refer him to a specialist. Johnson's other claims against Simmons are dismissed without prejudice.

IT IS SO ORDERED, this 2nd day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE