## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**ROBERT LEE JOHNSON JR.**                                                        **PLAINTIFF**
**ADC #100626**

**v.**                          **CASE NO. 1:19-CV-00038-BSM**

**ASA HUTCHINSON**, *et al.*                                               **DEFENDANTS**

### ORDER

Robert Lee Johnson Jr. has not complied with the December 9, 2020 order [Doc. No. 77] directing him to update his address, and the time to do so has expired. Johnson's mail continues to be returned as undeliverable. *See* Doc. Nos. 76, 80. Therefore, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2). Johnon's motion for leave to appeal *in forma pauperis* [Doc No. 72] is denied, and pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED, this 13th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE