IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

**ROBERT LEE JOHNSON JR.**                                                     **PLAINTIFF**
**ADC #100626**

v.                        **CASE NO. 1:19-CV-00038-BSM**

**ASA HUTCHINSON,** *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 13th day of January, 2021.

                                                             _____
                                                             UNITED STATES DISTRICT JUDGE